**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re                                                          :  Chapter 11
:
FTX TRADING LTD., *et al.*, [1]                                :  Case No. 22-11068 (JTD)
:
:  (Joint Administration Pending)
             Debtors.                                          :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James L. Bromley, Esquire of Sullivan & Cromwell LLP to serve as counsel to the Debtors in the above captioned cases.

| | |
|---|---|
| Dated:  November 14, 2022<br>        Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  pierce@lrclaw.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 14, 2022            */s/ James L. Bromley*
                                                 James L. Bromley, Esquire
                                                 **SULLIVAN & CROMWELL LLP**
                                                 125 Broad Street
                                                 New York, NY 10004
                                                 Telephone: (212) 558-4000
                                                 Email: bromleyj@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.