IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending)<br><br>**Ref. No.** |

### ORDER (I) MODIFYING CERTAIN CREDITOR LIST REQUIREMENTS; (II) AUTHORIZING THE DEBTORS TO SERVE CERTAIN PARTIES BY E-MAIL; AND (III) GRANTING RELATED RELIEF

Upon the *Debtors' Motion for Entry an Order (I) Modifying Certain Creditor List Filing Requirements; (II) Authorizing the Debtors to Provide E-Mail Service to Certain Parties; and (III) Granting Related Relief* (the "Motion")[2], and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; and

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as set forth herein.

2. The Creditor List Procedures are approved on a final basis as set forth herein.

3. The Debtors are authorized to and shall file a Top 50 List in lieu of each Debtor filing a list of its twenty (20) largest unsecured creditors on or before November 18, 2022.

4. The service requirements of Bankruptcy Rule 2002(g) hereby are modified to permit e-mail service to creditors that (a) have not designated a mailing address under Bankruptcy Rule 2002(g)(1) or Rule 5003(e) and (b) do not request to be served hard copies by mail.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2022
Wilmington, Delaware

THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE